■ MAXINE SMITH, as Administratrix of the Estate of ROBERT E. SMITH, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, without

costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims dismissing a claim for damages for injuries alleged to have been sustained by reason of negligent maintenance of State highway.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.